No. 83–6034. SWANSON v. MERIT SYSTEMS PROTECTION BOARD ET AL. C. A. Fed. Cir. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of

*Lindahl v. Office of Personnel Management, ante,* p. 768. ▮